UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

STICKY HOLSTERS, INC.,

    Plaintiff,

v.                                    Case No:   2:14-cv-500-FtM-38CM

TAGUA LEATHER CORPORATION,
ZEN DISTRIBUTORS GROUP II LLC
and WAL-MART STORES INC,

    Defendants.
_____/

**ORDER[1]**

This matter comes before the Court on Plaintiff's Motion for Preliminary Injunction (Doc. #19) filed on November 13, 2014. The Parties filed a Stipulation with regard to the Motion for Preliminary Injunction on December 5, 2014. (Doc. #24). Thus, the matter is now ripe for review.

Plaintiff Sticky Holsters, Inc., filed a Complaint on August 27, 2014, against Defendants Tagua Leather Corporation ("TLC"), Zen Distributors Group II LLC ("ZDG"), and Wal-Mart Stores, Inc ("WMS"). (Doc. #1). There are four counts in the Complaint: trademark infringement under the Lanham Act against all Defendants (Count I); unfair competition under the Lanham Act against all Defendants (Count II); common law fraud

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

against TLC and ZDG (Count III); and common law unfair competition against TLC and ZDG (Count IV). ([Doc. #1](Doc. #1)). In addition to filing the Complaint, Plaintiff filed this instant Motion for Preliminary Injunction. ([Doc. #19](Doc. #19)). The Parties have now stipulated to a preliminary injunction order and thus have agreed to forego a preliminary injunction hearing.[2] ([Doc. #24](Doc. #24)). The Court has reviewed the terms of the stipulation and has found good cause to order the relief agreed upon.

Accordingly, it is now

**ORDERED:**

1. Motion for Preliminary Injunction ([Doc. #19](Doc. #19)) is **GRANTED in part and DENIED in part**.

2. Pursuant to the Parties' Stipulation ([Doc. #24-1](Doc. #24-1)):

    a. During the pendency of this action, Defendants TLC and ZDG shall not produce, market, advertise, or sell any holster products using the phrase "STICKY HOLSTERS," the term "STICKY," or the trademark owned by Plaintiff, and shall not publish or claim affiliation with Plaintiff.

    b. Defendants TLC and ZDG agree and stipulate to entry of this Order without any admission of liability for any claim asserted by Plaintiff and without waiver of, or prejudice to, any defense that Defendants TLC or ZDG may assert in this action.

    c. Defendants TLC and ZDG are not directed to produce the report and/or accounting of profits requested by Plaintiff at this time, and the Parties

---

[2] Plaintiff and Defendant WMS have entered a Joint Notice of Settlement in Principle, which lead Plaintiff to withdraw its Motion for Preliminary Injunction as to Defendant WMS on December 1, 2014. ([Doc. #23](Doc. #23)).

    may request and obtain such information through the normal course of discovery.

3. This stipulated Preliminary Injunction Order is entered without any findings of fact or conclusions of law and shall not be construed as an adjudication on the merits in this or any other proceeding.

4. The Clerk is directed to **CANCEL** the **December 8, 2014** Preliminary Injunction hearing.

**DONE** and **ORDERED** in Fort Myers, Florida this 5th day of December, 2014.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record