UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

STICKY HOLSTERS, INC.,

      Plaintiff,

v.          Case No: 2:14-cv-500-FtM-38CM

TAGUA LEATHER CORPORATION,
ZEN DISTRIBUTORS GROUP II LLC
and WAL-MART STORES INC,

      Defendants.
_____/

### **ORDER**[1]

This matter comes before the Court on Plaintiff Sticky Holsters, Inc., and Defendant Wal-Mart Stores, Inc.'s Joint Stipulation of Partial Voluntary Dismissal (Doc. #41) filed on March 18, 2015. Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure allows a plaintiff to dismiss a case voluntarily without a court order. Rule 41(a)(1)(A) reads, in pertinent part, that

> [s]ubject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing: (i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) A stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

In this instance, Plaintiff Sticky Holsters, Inc., and Defendant Wal-Mart Stores, Inc., stipulate to the voluntary dismissal of the Complaint (Doc. #1) against Wal-Mart Stores, Inc., and the Counterclaim against Sticky Holsters, Inc. (Doc. #16). The Parties further stipulate that each party shall bear its own fees and costs and that this Joint Stipulation is without prejudice to Plaintiff's remaining claims against Defendants Tagua Leather Corporation and Zen Distributors Group II, LLC.

Accordingly, it is now

**ORDERED:**

1. Plaintiff Sticky Holsters, Inc., and Defendant Wal-Mart Stores, Inc.'s Joint Stipulation of Partial Voluntary Dismissal (Doc. #41) is **GRANTED**.

2. The Clerk of Court is **DIRECTED** to enter judgment **only** as to Defendant Wal-Mart Stores, Inc., accordingly and terminate Defendant Wal-Mart Stores, Inc., from this action.

**DONE** and **ORDERED** in Fort Myers, Florida, this 19th day of March, 2015.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record