UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

STICKY HOLSTERS, INC.,

        Plaintiff,

v.                                  Case No:  2:14-cv-500-FtM-38CM

TAGUA  LEATHER  CORPORATION
and ZEN DISTRIBUTORS GROUP II
LLC,

        Defendants.
_____/

## ORDER[1]

    This matter comes before the Court on Plaintiff's Sworn Declaration of Schaps & Dees, P.A. Regarding Attorney's Fees and Costs (Doc. #47-1) filed on April 1, 2015.  On March 25, 2015, the Court held Defendant Tagua Leather Corporation in civil contempt and ordered them, among other things, to pay Plaintiff's attorney's fees and costs incurred in bringing the contempt proceeding.  (Doc. #46 at 6).  In doing so, the Court instructed Plaintiff to file documents supporting the requested fees and costs with the Court.  (Doc. #46 at 6).  Plaintiff has now done so.  The Court also granted Defendant Tagua Leather Corporation the opportunity to file a response in opposition to Plaintiff's requested fees.  However, Defendant Tagua Leather Corporation has not filed any objection and the time to do so has lapsed.

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

After reviewing the unopposed fees and costs requested (Doc. #47-1 at 3-4), the Court finds the amount reasonable. Therefore, Defendant Tagua Leather Corporation must reimburse Plaintiff seven thousand and thirty dollars ($7030.00) for its attorney's fees and costs expended in pursuing this contempt proceeding.[2]

Accordingly, it is now

**ORDERED:**

Defendant Tagua Leather Corporation shall pay to Plaintiff Sticky Holsters, Inc., the total sum of seven thousand and thirty dollars ($7030.00) within **seven (7) days** of this Order, and submit verified proof of compliance with the Court.

**DONE** and **ORDERED** in Fort Myers, Florida, this 16th day of April, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

---

[2] See _Norman v. Hous. Auth. of City of Montgomery_, 836 F.2d 1292, 1303 (11th Cir. 1988) ("It is perfectly proper to award attorney's fees based solely on affidavits in the record.").