UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

STICKY HOLSTERS, INC.,

    Plaintiff,

v.      Case No: 2:14-cv-500-FtM-38CM

TAGUA LEATHER CORPORATION and ZEN DISTRIBUTORS GROUP II LLC,

    Defendants.

## ORDER

Before the Court is an Agreed Motion for Extension of Time to Disclose Expert Reports (Doc. 61), filed on May 1, 2015. Currently, the deadline for Plaintiff's disclosure of expert reports is May 1, 2015 and the deadline for Defendants' disclosure of expert reports is June 1, 2015. Doc. 31. The parties now seek to extend the deadlines for Plaintiff's and Defendants' disclosures to June 15, 2015 and July 15, 2015, respectively, because they "are currently engaged in ongoing discovery, such that the need for, nature, and substance of potential expert reports remains uncertain." Doc. 61 at 1, 2. For the foregoing reasons, the motion will be granted in part.

The Court may extend any deadline for "good cause." Fed. R. Civ. P. 6(b)(1). Although the parties represent that they will not be prejudiced by the extension, Doc. 61 at 1, the Court also must consider the effect of an extension on the remaining case management deadlines. The discovery deadline currently is July 1, 2015. Doc. 31.

Thus, extending the deadlines for expert disclosures to June 15, 2015 and July 15, 2015 as the parties request renders the discovery deadline impractical. Extension of the discovery deadline to the degree required to accommodate the requested extensions, in turn, will necessitate extending all remaining case management deadlines.

As the Related Case Order and Track Two Notice, entered in this case on September 25, 2014, explains, the Court recommends that the discovery deadline occur five (5) months before trial to allow time for dispositive motions to be filed and decided. Doc. 5 at 5. Similarly, that Order states that the Court *requires* that the deadline for filing dispositive, *Daubert* and *Markman* motions occur four (4) months or more before the trial term begins. *Id.* The dispositive motions deadline currently is August 1, 2015 and this case is set for the trial term beginning December 1, 2015. Doc. 31 at 1, 2. The Court therefore cannot extend the deadlines for disclosure of expert reports for the length of time requested without a corresponding extension of the discovery deadline, which, in turn, will require an extension of the deadline for filing dispositive, *Daubert* and *Markman* motions.

Extending the dispositive motions deadline by any length of time no longer leaves the required four months between the deadline and the beginning of the trial term. The Court therefore will grant a brief extension of the deadlines for the disclosure of expert reports and also will extend the discovery deadline. The parties are cautioned, however, that if they later seek further extension of these deadlines,

they also should be prepared to seek extension of all remaining case management deadlines, including removing the case to a later trial term.

ACCORDINGLY, it is hereby

**ORDERED:**

1. The Agreed Motion for Extension of Time to Disclose Expert Reports (Doc. 61) is **GRANTED in part**. The Court will extend the expert and discovery deadlines as follows:

| Plaintiff's Expert Report | June 1, 2015 |
| --- | --- |
| Defendants' Expert Report | July 1, 2015 |
| Discovery Deadline | July 17, 2014 |

2. All other deadlines and directives set forth in the Case Management and Scheduling Order (Doc. 31), except as otherwise specifically altered by prior Court Order, remain in effect.

**DONE** and **ORDERED** in Fort Myers, Florida on this 4th day of May, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record