UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

STICKY HOLSTERS, INC.,

    Plaintiff,

v.                                       Case No: 2:14-cv-500-FtM-38CM

TAGUA LEATHER
CORPORATION and ZEN
DISTRIBUTORS GROUP II LLC,

    Defendants.

## ORDER

Before the Court is Plaintiff's Unopposed Second Motion for Extension of Time to Disclose Expert Reports (Doc. 68), filed on June 1, 2015. Currently, the deadline for Plaintiff's disclosure of expert reports is June 1, 2015 and the deadline for Defendants' disclosure of expert reports is July 1, 2015. Doc. 62. Plaintiff now seeks to extend the deadlines for Plaintiff's and Defendants' expert disclosures to June 21, 2015 and July 21, 2015, respectively, to enable the parties to determine whether expert opinions are necessary, identify and retain experts, and allow the experts time to formulate opinions. Doc. 68 at 2.

The Court may extend any deadline for "good cause." Fed. R. Civ. P. 6(b)(1). As the Court explained in its prior Order extending the deadlines for expert disclosures and discovery, the Court must consider the effect of an extension on the remaining case management deadlines. The discovery deadline currently is July 17, 2015. Doc. 62. Thus, extending the deadlines for expert disclosures to June 21,

2015 and July 21, 2015 renders the discovery deadline impractical. Extension of the discovery deadline also necessitates extending the deadline for filing dispositive motions.

Upon review of the motion, the Court finds good cause and will extend the deadlines for expert disclosures and the discovery deadline, and thereby also must extend the dispositive motions deadline. Although the Court ordinarily would not be inclined to extend the dispositive motions deadline without also removing the case to a later trial term, the Court finds that the interests of justice and expedient resolution of this matter dictate that the trial should not be continued. Therefore, **this case remains on the December 1, 2015 trial term.**

ACCORDINGLY, it is hereby

**ORDERED:**

1. Plaintiff's Unopposed Second Motion for Extension of Time to Disclose Expert Reports (Doc. 68) is **GRANTED**. The Court will extend deadlines as follows:

| Plaintiff's Expert Report | June 22, 2015 |
|---|---|
| Defendants' Expert Report | July 21, 2015 |
| Discovery Deadline | August 7, 2015 |
| Dispositive Motions, *Daubert* and *Markman* Motions | August 21, 2015 |

2. All other deadlines and directives set forth in the Case Management and Scheduling Order (Doc. 31) remain in effect.

<s>

DONE and ORDERED in Fort Myers, Florida on this 4th day of June, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record